

February 21, 2025

Honorable Elizabeth A. Wolford
Chief U.S. District Judge
100 State Street
Rochester, New York 14614

    Re:    *United States v Derek Hagen*, 22-cr-6099

Dear Judge Wolford,

Please accept this letter as my formal statement that there are no objections to the revised PSR filed on January 24, 2025 (Docket # 54).

        Sincerely,

        */s Jessica Naclerio*

        Jessica Lauren Naclerio, Esq.


CC:    Kyle Rossi, *via CM/ECF*

        Jessica Rider, *via email*

        Derek Hagen

**OFFICE** (585) 454-2181 | **FAX** (585) 454-4026 | **ADDRESS** 500 Canal View Blvd., Suite 600, Rochester, NY 14623 | **TREVETTCRISTO.COM**